JOHN E. BRAGONJE
State Bar No. 9159
E-mail: jbragonje@lrrlaw.com
MALANI DALE KOTCHKA-ALANES
State Bar No. 13168
Email: mkotchkaalanes@lrrlaw.com
Lewis Roca Rothgerber LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8200
Fax: 702.949.8398

*Attorneys for Plaintiff Michael P. Holland*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL P. HOLLAND, an individual, | Case No.: 2:15-cv-01345-RFB-NJK |
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND BRIEFING DEADLINES** |
| WILLIAM R. GLAIZER, an individual; HELEN M. GLAZIER, an individual, | |
| Defendants. | |

Plaintiff Michael P. Holland, by and through his attorneys, Lewis Roca Rothgerber LLP, and defendants William and Helen Glazier, by and through their attorneys, Fox Rothschild LLP, stipulate as follows:

1. The deadline for Mr. Holland to file a response to Defendants' Motion to Dismiss, or, in the Alternative, for Summary Judgment (ECF No. 14) shall be extended through and until November 23, 2015.

| So stipulated: | So stipulated: |
|---|---|
| Dated this 13th day of November, 2015. | Dated this 13th day of November, 2015. |
| LEWIS ROCA ROTHGERBER LLP | FOX ROTHSCHILD LLP |
| */s/ John E. Bragonje* | */s/ Mark J. Connot* |
| John E. Bragonje (State Bar No. 9159) | Mark J. Connot (State Bar No. 10010) |
| 3993 Howard Hughes Pkwy, Suite 600 | Kevin M. Sutehall (State Bar No. 9437) |
| Las Vegas, NV 89169-5996 | 3800 Howard Hughes Parkway, Suite 500 |
| *Attorneys for Plaintiff/Judgment Creditor Michael P. Holland* | *Attorneys for Defendants/Judgment Debtors* |

6944184_1

**ORDER**

IT IS SO ORDERED this 22nd day of November, 2015.

_____
RICHARD F. BOULWARE, II
United States District Judge

LEWIS ROCA ROTHGERBER
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
6944184_1