1  MARK J. CONNOT (10010)
   KEVIN M. SUTEHALL (9437)
2  **FOX ROTHSCHILD LLP**
   3800 Howard Hughes Parkway, Suite 500
3  Las Vegas, Nevada 89169
   (702) 262-6899 tel
4  (702) 597-5503 fax
   mconnot@foxrothschild.com
5  ksutehall@foxrothschild.com

6  *Attorneys for Defendants*
   *WILLIAM R. GLAZIER and*
7  *HELEN M. GLAZIER*

8

9              UNITED STATES DISTRICT COURT

10                  DISTRICT OF NEVADA

11

12 | MICHAEL P. HOLLAND,              | Case No.: 2:15-cv-01345-RFB-NJK |
13 |        Plaintiff,                |                                 |
   |                                  | **STIPULATION AND ORDER TO      |
14 | v.                               | EXTEND DEADLINE TO FILE REPLY   |
   |                                  | IN SUPPORT OF DEFENDANTS'       |
15 | WILLIAM R. GLAZIER, an individual; | MOTION TO DISMISS, OR IN THE  |
   | HELEN M. GLAZIER, an individual, | ALTERNATIVE, FOR SUMMARY        |
16 |                                  | JUDGMENT**                      |
   |        Defendant.                |                                 |
17

18         In is hereby stipulated and agreed, by and between Defendants William R. Glazier and

19 Helen M. Glazier ("Defendants") and Plaintiff Michael P. Holland ("Plaintiff"), through their

20 respective undersigned counsel of record, that the deadline for Defendants to file their Reply in

21 Support of Defendants' Motion to Dismiss, or in the Alternative for Summary Judgment (the

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28
                                    Page 1 of 2
ACTIVE 32536517v1 11/25/2015

1  "Reply") is extended such that the Reply is now due on or before **December 10, 2015.**

2  Dated this 25th day of November, 2015.   Dated this 25th day of November, 2015.

3  LEWIS ROCA ROTHGERBER LLP   FOX ROTHSCHILD LLP

  /s/John E. Bragonje   /s/ Kevin M. Sutehall
  John E. Bragonje (9159)   Mark J. Connot (10010)
  3993 Howard Hughes Pkwy   Kevin M. Sutehall (9437)
  Suite 600   3800 Howard Hughes Parkway, Suite 500
  Las Vegas, Nevada 89169-5996   Las Vegas, Nevada 89169

  *Attorneys for Plaintiff/Judgment Creditor*   *Attorneys for Defendants/Judgment Debtors*
  *Michael P. Holland*

  IT IS SO ORDERED.

  Dated this  2nd day of December   , 2015

  _____
  RICHARD F. BOULWARE, II
  United States District Judge