| | |
|---|---|
| 1 | MARK J. CONNOT (10010) |
| 2 | KEVIN M. SUTEHALL (9437)<br>**FOX ROTHSCHILD LLP** |
| 3 | 3800 Howard Hughes Parkway, Suite 500<br>Las Vegas, Nevada 89169 |
| 4 | (702) 262-6899 tel<br>(702) 597-5503 fax |
| 5 | mconnot@foxrothschild.com<br>ksutehall@foxrothschild.com |
| 6 | *Attorneys for Defendants* |
| 7 | *WILLIAM R. GLAZIER and*<br>*HELEN M. GLAZIER* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL P. HOLLAND,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM R. GLAZIER, an individual;<br>HELEN M. GLAZIER, an individual,<br><br>Defendant. | Case No.: 2:15-cv-01345-RFB-NJK<br><br>**SECOND STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT** |

In is hereby stipulated and agreed, by and between Defendants William R. Glazier and Helen M. Glazier ("Defendants") and Plaintiff Michael P. Holland ("Plaintiff"), through their respective undersigned counsel of record, that the deadline for Defendants to file their Reply in Support of Defendants' Motion to Dismiss, or in the Alternative for Summary Judgment (the

///

///

///

///

///

///

ACTIVE 32691267v1 12/10/2015

1  "Reply") is extended such that the Reply is now due on or before **December 16, 2015.**

2  Dated this 9th day of December, 2015.         Dated this 9th day of December, 2015.

3  LEWIS ROCA ROTHGERBER LLP                    FOX ROTHSCHILD LLP

5   _/s/John E. Bragonje_                          _/s/ Kevin M. Sutehall_
   John E. Bragonje (9159)                        Mark J. Connot (10010)
   3993 Howard Hughes Pkwy                        Kevin M. Sutehall (9437)
6  Suite 600                                      3800 Howard Hughes Parkway, Suite 500
   Las Vegas, Nevada 89169-5996                   Las Vegas, Nevada 89169

   *Attorneys for Plaintiff/Judgment Creditor*    *Attorneys for Defendants/Judgment Debtors*
8  *Michael P. Holland*

10         IT IS SO ORDERED.

11         Dated this 15th day of  December , 2015

                                                  _____
                                                  RICHARD F. BOULWARE, II
13                                                United States District Judge

ACTIVE 32691267v1 12/10/2015