John E. Bragonje
State Bar No. 009519
E-mail:jbragonje@lrrc.com
Malani Dale Kotchka-Alanes
E-mail:mkotchkaalanes@lrrc.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8200
Fax: 702.949.8398

*Attorneys for Plaintiff Michael P. Holland*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL P. HOLLAND, an individual<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM R. GLAZIER, an individual;<br>HELEN M. GLAZIER, an individual,<br><br>Defendants. | Case No. 2:15-cv-01345-RFB-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS CASE WITH PREJUDICE** |

Plaintiff Michael P. Holland, by and through his counsel of record, Lewis Roca Rothgerber Christie LLP, and defendants William R. and Helen M. Glazier, by and through their counsel of record, Fox Rothschild LLP, hereby stipulate that the parties have entered into a separate settlement agreement and stipulate that all claims asserted in the above-captioned matter are hereby dismissed with prejudice, each party to bear his or her own respective attorney fees and costs.

| | |
|---|---|
| So stipulated: | So stipulated: |
| Dated this 2nd day of March, 2016. | Dated this 2nd day of March, 2016. |
| LEWIS ROCA<br>ROTHGERBER CHRISTIE LLP | FOX ROTHSCHILD LLP |
| */s/ John E. Bragonje*<br>John E. Bragonje (State Bar No. 9519)<br>3993 Howard Hughes Pkwy, Suite 600<br>Las Vegas, NV 89169-5996<br><br>*Attorneys for Plaintiff* | */s/ Mark J. Connot*<br>Mark J. Connot (State Bar No. 10010)<br>Kevin M. Sutehall (State Bar No. 9437)<br>1980 Festival Plaza Drive, Suite 700<br>One Summerlin<br>Las Vegas, NV 89135<br><br>*Attorneys for Defendants* |

7184677_1

*Holland v. Glazier*; Case No. 2:15-cv-01345-RFB-NJK

**<u>ORDER</u>**

Good cause appearing, IT IS SO ORDERED.

    Dated this ___7th_____ day of March, 2016.

                                                      _____
                                                      RICHARD F. BOULWARE, II
                                                      United States District Judge